Terrell McGINNIS, Plaintiff–Appellee,

v.

INGRAM EQUIPMENT COMPANY, INC., Defendant–Appellant.

No. 88–7596.

United States Court of Appeals, Eleventh Circuit.

Feb. 6, 1990.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON and COX, Circuit Judges.*

---

* Senior U.S. Circuit Judge James C. Hill has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c).

**1304**

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc *with* oral argument during the week of June 11, 1990, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.